

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,210-01

### EX PARTE ROLANDO GOMEZ-REYES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2012-DCR-03059-B IN THE 138TH DISTRICT COURT
### FROM CAMERON COUNTY

*Per curiam.* KELLER, P.J., filed a dissenting opinion in which KEASLER and HERVEY, JJ., joined.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of aggravated sexual assault of a child and one count of indecency with a child and sentenced to fifteen years' imprisonment on each count. He did not appeal his conviction.

Applicant alleges, among other things, that he is actually innocent of the offenses. Applicant has attached a twelve page memorandum to his application that is written in Spanish. In order for this Court to properly address Applicant's claims, the trial court should have Applicant's

memorandum translated by a certified translator.

This application will be held in abeyance until the trial court has obtained a translated and certified copy of Applicant's memorandum. The translation shall be resolved within 90 days of this order. A supplemental transcript containing the original memorandum and the certified, translated memorandum shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: January 27, 2016
Do not publish